```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE ERNESTO GOMEZ-CHAIDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-00269 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | ORDER THEREON |
| JORGE ERNESTO GOMEZ-CHAIDEZ, | ) | Date:  August 22, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for August 8, 2011, **may be continued to August 22, 2011, at 9:00 a.m.**

This continuance is requested by the parties to allow additional time for further plea negotiations. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: August 4, 2011              /s/ Jared Renfro
                                        JARED RENFRO
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: August 4, 2011              /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Jorge Ernesto Gomez-Chaidez

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 4, 2011                                                                             
                                                                   CHIEF UNITED STATES DISTRICT JUDGE